Teresa FORD, Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee,

and

Miriam Fleming; Terry Ramsey; United States Army Corps of Engineers; Avis Budget Group, Inc.; Avis Rent a Car System, LLC; Avis Budget Car Rental, LLC, Defendants.

No. 15–1729.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 29, 2015.

Decided: Jan. 28, 2016.

David Pishko, Law Office of David Pishko, P.A., Winston–Salem, North Carolina, for Appellant. Jill Westmoreland Rose, Acting United States Attorney, Gill P. Beck, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Ford appeals the district court's order entering judgment after a bench tri-al in favor of Appellee on Ford's claim under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2761–2680 (2012). We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ford v. United States*, No. 5:12–cv–00152–RLV–DSC, 2015 WL 2342391 (W.D.N.C. May 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*